UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| REVEREND SARAH MONROE; TIM QUIGG; AND APRYL OBI BOLING<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF ABERDEEN, a municipal corporation; ERIK LARSON, Mayor of the City of Aberdeen; and KRIS KOSKI, City Engineer,<br><br>Defendants | Case No.: 3:18-cv-05949-RBL<br><br>NOTICE OF INTENT TO OPPOSE PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER |

Comes now M. Patrice Kent, representing all named Defendants in the above-captioned case to provide notice pursuant to LCR 65(b)(5)(1) that the Defendants intend to oppose Plaintiffs' motion for a temporary restraining order in this case.

Respectfully submitted this 21st day November 2018.

*(signature)*
Mary Patrice Kent, WSBA # 42460
200 E. Market Street, Aberdeen, WA 98520
pkent@aberdeenwa.gov
Tel: (360) 537-3231
Fax: (360)531-9137

NOTICE OF INTENT TO OPPOSE PLAINTIFFS' MOTION
FOR TEMPORARY RESTRAINING ORDER - 1

Corporation Counsel, City of Aberdeen
200 E. Market St.
Aberdeen, WA 98520
Tel: (306)537-3231