Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| REVEREND SARAH MONROE; TIM QUIGG; and APRYL OBI BOLING,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ABERDEEN, a municipal government; ERIK LARSON, Mayor of the City of Aberdeen; and KRIS KOSKI, City Engineer,<br><br>Defendants. | NO. 3:18-cv-05949-RBL<br><br>MOTION FOR ENTRY OF JUDGMENT IN ACCORDANCE WITH ACCEPTED OFFER OF JUDGMENT<br><br>**NOTE ON MOTION CALENDAR:**<br>**February 22, 2019** |

Plaintiffs, by and through their attorneys of record, move the Court for entry of Judgment in accordance with their acceptance of the Defendants' January 24, 2019 Offer of Judgment which the Plaintiffs accepted on February 1, 2019. A proposed form of Judgment accompanies this motion.

DATED this 1st day of February, 2019.

                                             *s/ James E. Lobsenz*
                                             James E. Lobsenz WSBA #8787
                                             Attorneys for Plaintiffs
                                             CARNEY BADLEY SPELLMAN, P.S.
                                             701 Fifth Avenue, Suite 3600
                                             Seattle, WA 98104
                                             Phone: (206) 622-8020
                                             Facsimile: (206) 467-8215

MOTION FOR ENTRY OF JUDGMENT IN ACCORDANCE WITH ACCEPTED OFFER OF JUDGMENT – 1
(3:18-cv-05949-RBL)

CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

MON037-0001 5674407

# CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of February, 2019, I electronically filed the foregoing MOTION FOR ENTRY OF JUDGMENT IN ACCORDANCE WITH ACCEPTED OFFER OF JUDGMENT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Defendants**
M. Patrice Kent
CITY OF ABERDEEN
200 E Market St
Aberdeen WA  98520
Tel:  (360) 537-3231
pkent@aberdeenwa.gov

John Justice, WSBA #23042
LAW, LYMAN, DANIEL, KAMMERER & BOGDANOVICH, P.S.
P.O. Box 11880
Olympia, WA 98508
Tel: (360) 754-3480
jjustice@lldkb.com

DATED this 1st day of February, 2019.

          _s/ Deborah A. Groth_
          Legal Assistant

MOTION FOR ENTRY OF JUDGMENT IN ACCORDANCE WITH ACCEPTED OFFER OF JUDGMENT – 2
(3:18-cv-05949-RBL)

CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

MON037-0001 5674407