Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| REVEREND SARAH MONROE; TIM QUIGG; and APRYL OBI BOLING,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ABERDEEN, a municipal government; ERIK LARSON, Mayor of the City of Aberdeen; and KRIS KOSKI, City Engineer,<br><br>Defendants. | NO. 3:18-cv-05949-RBL<br><br>JUDGMENT IN A CIVIL CASE |

**_X_  Decision by Court.**  This action came on for hearing before the Court on the Plaintiffs' Motion for a Temporary Restraining Order on December 12, 2018.  The Court directed the parties to work towards resolution of the case and on December 27, 2018 the parties filed a Stipulated Joint Motion for Entry of Agreed Order.  The Court granted the parties motion and entered an Order on Parties' Stipulated Joint Motion on December 28, 2018 (DKT. #28). That order (DKT. #28) is hereby incorporated by reference into this Judgment and constitutes the final order of the Court on the Plaintiffs' claims for injunctive relief.

**_X_  Judgment Against Defendant City of Aberdeen on the Accepted Offer of Judgment**.  Defendants served an Offer of Judgment on Plaintiffs on January 24, 2019. Plaintiffs served an Acceptance of that Offer of Judgment on Defendants on February 1, 2019 and filed the Offer and the Acceptance with the Court on that date.  Consistent with that accepted offer, the Court enters judgment against the City of Aberdeen in favor of the Plaintiffs as follows:

   1. $12,000 against the City of Aberdeen and in favor of Plaintiff Reverend Sarah Moore.

JUDGMENT IN A CIVIL CASE – 1
(3:18-cv-05949-RBL)

MON037-0001 Monroe Judgment in a Civil Case

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

2. $3,000 against the City of Aberdeen and in favor of Plaintiff Tim Quigg.

3. $3,000 against the City of Aberdeen and in favor of Plaintiff Apryl Obi Boling.

4. Costs incurred as of January 24, 2019, including reasonable attorneys' fees, in an amount to be determined by a subsequent order of the Court. Plaintiffs shall file a motion for an award of costs and fees in compliance with Fed. R. Civ. P. 54.

**_X_  Judgment of Dismissal with Prejudice of Claims Against Defendants Larsen and Koski.** Pursuant to the Acceptance of Defendants' Offer of Judgment, all claims against Defendants Erik Larson and Kris Koski are hereby dismissed with prejudice.

Dated this 6th day of February, 2019.

*Ronald B. Leighton*
Ronald B. Leighton
United States District Judge

JUDGMENT IN A CIVIL CASE – 2
(3:18-cv-05949-RBL)

MON037-0001 Monroe Judgment in a Civil Case

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020