Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| REVEREND SARAH MONROE; TIM QUIGG; and APRYL OBI BOLING,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF ABERDEEN, a municipal government; ERIK LARSON, Mayor of the City of Aberdeen; and KRIS KOSKI, City Engineer,<br><br>　　　　Defendants. | NO. 3:18-cv-05949-RBL<br><br>ORDER ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES |

THIS MATTER comes before the Court on Plaintiffs' motion for attorney's fees and litigation expenses pursuant to 42 U.S.C. §1988, Fed. R. Civ. P. 54(d)(2) and LCR 7(d)(3). The Court has reviewed the submissions of the parties and is fully advised and orders as follows.

1.　Under 42 U.S.C. §1988, a plaintiff who prevails under §1983 "should ordinarily recover an attorneys' fee unless special circumstances would render such an award unjust." *Hensley v. Eckerhart*, 461 U.S. 424, 429 (1983). Plaintiffs are the prevailing parties in this case, having obtained both injunctive relief and monetary damages.

2.　Plaintiffs are requesting a straight "lodestar" fee, the product of the number of attorney hours reasonably expended in the litigation multiplied by the attorneys' reasonable hourly rate. *Moreno v. City of Sacramento*, 534 F.3d 1106, 1111 (9th Cir. 2008). "The hourly rate for successful civil rights attorneys is to be calculated by considering certain factors,

ORDER ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES
AND LITIGATION EXPENSES – 1
(3:18-cv-05949-RBL)

MON037-0001 Monroe ORDER on Plaintiffs Motion for Attorneys Fees

**ALLEN, HANSEN, MAYBROWN &
OFFENBECHER, P.S.**
600 University Street, Suite 3020
Seattle, WA 98101
(206) 447-9681

including the novelty and difficulty of the issues, the skill required to try the case, whether or not the fee is contingent, the experience held by counsel and fee awards in similar cases." *Moreno*, 534 F.3d at 1114.

3. Plaintiffs do not seek compensation for any work completed or costs accrued after January 24, 2019.

4. Plaintiffs seek compensation for a total of 172.3 hours at the following hourly rates as follows:

| Attorney | Hours | | Rate | Total |
|---|---|---|---|---|
| Attorney Lobsenz | 90.5 hours | x | $450 | $40,725 |
| Attorney Cossette | 2.2 hours | x | $230 | $ 506 |
| Attorney Maybrown | 65.3 hours | x | $450 | $29,385 |
| Total: | 172.3 hours | | Total: | $70,616 |

5. The number of hours spent by Plaintiffs' attorneys in this case is reasonable in light of the novelty of the case, the degree of success obtained, and the efficient division of labor between the attorneys.

6. The hourly rates of Plaintiffs' attorneys are reasonable. Attorneys Maybrown and Lobsenz have employed an hourly rate of $450. This is below market rate for attorneys of their level of skill and years of experience. Attorney Cossette's hourly rate of $230 an hour is reasonable for an attorney of her level of skill and years of experience.

7. The Litigation expenses requested are also reasonable. Plaintiffs seek to recover their out-of-pocket expenses incurred for payment of the filing fee for this action, mileage expenses, and the cost of computer assisted legal research. The Court finds that these expenses were reasonably incurred and that the expense for legal research was reasonable.

Therefore, IT IS SO ORDERED that the Plaintiffs are awarded attorneys' fees in the amount of $70,616 and litigation expenses in the amount of $961.80  The Clerk shall enter a

ORDER ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES
AND LITIGATION EXPENSES – 2
(3:18-cv-05949-RBL)

MON037-0001 Monroe ORDER on Plaintiffs Motion for Attorneys Fees

**ALLEN, HANSEN, MAYBROWN &
OFFENBECHER, P.S.**
600 University Street, Suite 3020
Seattle, WA 98101
(206) 447-9681

supplemental judgment in favor of Plaintiffs and against the City of Aberdeen for these amounts.

DATED this 1st day of April, 2019.

*Ronald B. Leighton*
Ronald B. Leighton
United States District Judge

ORDER ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES
AND LITIGATION EXPENSES – 3
(3:18-cv-05949-RBL)

**ALLEN, HANSEN, MAYBROWN &
OFFENBECHER, P.S.**
600 University Street, Suite 3020
Seattle, WA 98101
(206) 447-9681

MON037-0001 Monroe ORDER on Plaintiffs Motion for Attorneys Fees